IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5:14-mj-00128-BG |
| MUHAMMED RAFIQ | |

## MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. **_Eligibility of Case_.** This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    \_\_\_\_\_ A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (18 U.S.C. § 3142(f)(1)(A)).

    \_\_\_\_\_ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

    _X_ Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

    \_\_\_\_\_ A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

    \_\_\_\_\_ A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)).
    Factual predicate in support of this ground:_____

    \_\_\_\_\_ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142(f)(2)(B)).
    Factual predicate in support of this ground:_____

**Motion for Pretrial Detention and Continuance -  Page 1**

     \_\_\_\_\_ A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).
     \_\_\_\_\_ A felony that involves the possession or use of a firearm or destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).

2. ***Reason for Detention.*** The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

     __X__ Defendant's appearance as required.
     __X__ Safety of any other person and the community.

3. ***Rebuttable Presumption.*** The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

The presumption applies because:

     __X__ Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)).
     \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond. (18 U.S.C. § 3142(e)(1)-(3)).
     \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5). (18 U.S.C. § 3142(e))
     \_\_\_\_\_ Probable cause to believe defendant committed a qualifying offense involving a minor victim. (18 U.S.C. § 3142(e)).

4. ***Time for Detention Hearing.*** The United States requests the Court conduct the detention hearing:

     \_\_\_\_\_ After continuance of three days.
     __X__ After continuance of 10 days under 18 U.S.C. § 3142(d).
     \_\_\_\_\_ Moot at this time as defendant is in state custody. Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention and Continuance − Page 2**

### *Grounds for 10 day continuance:*

The defendant is, and was at the time the alleged offense was committed:

\_\_\_\_\_ on release pending trial for a felony under Federal, state, or local law;

\_\_\_\_\_ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law;

\_\_\_\_\_ on probation or parole for an offense under federal, state, or local law; or

__X__ is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20);
and the defendant:
__X__ may flee; or
\_\_\_\_\_ pose a danger to any other person or the community.

Dated this 27th day of August, 2014.

        Respectfully submitted,

        SARAH R. SALDAÑA
        UNITED STATES ATTORNEY

        *s/ Juanita Fielden*
        JUANITA FIELDEN
        Assistant United States Attorney
        Texas State Bar No. 06965600
        341 Pine Street, Suite 2101
        Abilene, Texas 79601
        Telephone:  325.672.8160
        Facsimile:  325.673.3139
        E-mail:  Juantia.Fielden@usdoj.gov