IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | NO. 5:14-MJ-00128 |
| | § | |
| | § | |
| MUHAMMED RAFIQ | § | |

## MOTION FOR CONTINUANCE

Comes now David Martinez, Attorney of Record for the Defendant herein, and files this Motion for Continuance and would show the following:

I

This case is set for Detention Hearing and Preliminary Hearing on September 10th at 3 p.m.

II

On September 8, 2014, Assistant United States, Attorney, notified attorney for Defendant of a "conflict of interest". Defendant's current attorney agrees that there is a real conflict of interest in that Defendant's attorney is a potential witness.

III

The Defendant needs time to procure counsel to represent him.

Respectfully Submitted,

LAW OFFICE OF DAVID MARTINEZ
1663 Broadway
Lubbock, Texas 79401

Telephone (806) 744-1692
Telecopier (806) 744-5660
E-mail: dmtzlaw@aol.com

By: /s/ David Martinez
David Martinez
State Bar No. 1314650
Attorney for Defendant

## Certificate of Conference

I, David Martinez, certify that I discussed the Motion for Continuance with Assistant United States Attorney, Justin Cunningham on September 8, 2014 and he is not opposed to the Motion.

Justin Cunningham
Assistant United States Attorney
Fax (806) 472-7394
ECF

/s/ David Martinez
David Martinez

## Certificate of Service

This is to certify that on this 9th day of September, 2014 a true and correct copy of the foregoing Motion for Continuance has been forwarded to Justin Cunningham, Assistant United States Attorney, via facsimile (806) 472-7394.

/s/ David Martinez
David Martinez